676 A.2d 1065

CHRISTINE DILLARD, PLAINTIFF–RESPONDENT, v. HERTZ CLAIM MANAGEMENT AND/OR EDS SYSTEMS, AS SERVICING AGENT FOR THE NEW JERSEY AUTOMOBILE FULL INSURANCE UNDERWRITING ASSOCIATION (NJAFIUA), DEFENDANTS, AND NEW JERSEY AUTOMOBILE FULL INSURANCE UNDERWRITING ASSOCIATION (NJAFIUA), DEFENDANT–APPELLANT.

Argued October 23, 1995—Decided June 11, 1996.

*Robert G. Engelhart* argued the cause for appellant (*Gebhardt & Kiefer,* attorneys).

*Raymond T. Sheldon* argued the cause for respondent (*Surdovel & Sheldon,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 277 *N.J.Super.* 448, 650 *A.*2d 1 (1994). We add that the coverage afforded under the policy is limited to the statutory coverage required by *N.J.S.A.* 39:6A–3 and *N.J.S.A.* 39:6B–1 in accordance with the holding in *Marotta v. New Jersey Automobile Full Insurance Underwriting Association,* 144 *N.J.* 325, 676 *A.*2d 1064 (1996), also decided today.

*For affirmance*—Chief Justice WILENTZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

*Opposed*—None.